**FILED**

JUN 20 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVON DAVIES, | No. C 13-01243 EJD (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| ALLEN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against Solano State Prison officials. Plaintiff claims that Defendants violated his Fourth Amendment rights when they forced him to give a blood sample to test for chicken pox. Because the acts complained of occurred in Solano County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

DATED: 6/20/13

EDWARD J. DAVILA
United States District Judge

Order of Transfer
01243Davies_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AVON DAVIES,

        Plaintiff,

v.

ALLEN, et al.,

        Defendants.

Case Number: CV13-01243 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ____6/20/13____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Avon Davies J-42775
Bldg 22-23/5
Solano State Prison
P.O. Box 4000
Vacaville, Ca 95696

Dated: ____6/20/13____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk