UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVON DAVIES, | No. 2:13-cv-1252 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| ALLEN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provide by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 7, 2013, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

1   The court notes plaintiff's objection that although certain claims were not properly
2   exhausted, his Fourth Amendment claim was exhausted, albeit after filing of the instant suit.  This
3   is, however, insufficient to avoid dismissal.  *See*

4   Accordingly, IT IS HEREBY ORDERED that:

5   1.  The findings and recommendations filed October 7, 2013 (ECF No. 25), are adopted in
6   full;

7   2.  This action is dismissed for failure to exhaust administrative remedies prior to filing
8   suit.

9   DATED:  March 31, 2014.

_____
UNITED STATES DISTRICT JUDGE